UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HARDIN,<br><br>               Plaintiff,<br><br>   v.<br><br>CHRISTIAN PFEIFFER, WAYNE ULIT, and ROBERT PORT,<br><br>               Defendants. | Case No. 1:18-cv-01097-LJO-JDP<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>ECF No. 13 |

    Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The parties participated in a settlement conference on April 4, 2019, which resulted in settlement of this case. ECF No. 12. Plaintiff has voluntarily dismissed the case. ECF No. 13. Therefore, the clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 11, 2019                                      /s/ Jeremy Peterson
                                                                UNITED STATES MAGISTRATE JUDGE

No. 204

1